# Supreme Court of Kentucky

2018-SC-000179-D
(2017-CA-001856)


UPPER POND CREEK VOLUNTEER
FIRE DEPARTMENT, INC.

MOVANT


OLDHAM CIRCUIT COURT

V.                            2017-CI-00634


RONNIE KINSER, ET AL.

RESPONDENTS


## OPINION AND ORDER


The motion for discretionary review is granted. The Court of Appeals

decision is vacated and the case is remanded to the Court of Appeals for

consideration of whether there was sufficient evidence to warrant a summary

judgment on immunity grounds.

All sitting. All concur.

ENTERED: August 8, 2018.


_____
CHIEF JUSTICE